UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRANDY N. GRAY,

      Plaintiff,

v.                                        CASE NO: 8:04-CV-1607-T-27TGW

BANK OF AMERICA CORPORATION,

      Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Amended Notice of Voluntary Dismissal with Prejudice (Dkt. 19). In accord with the notice, it is **ORDERED AND ADJUDGED** as follows:

1. This cause is **DISMISSED** with prejudice.

2. All pending motions are **DENIED** as moot.

3. The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, on this 13th day of June, 2005.

JAMES D. WHITTEMORE
United States District Judge

COPIES TO:
Counsel of Record